AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| Reporters Committee et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-1805-JRS-MG |
| Todd Rokita et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs Reporters Committee for Freedom of the Press et al.

Date:   10/06/2023

/s/ Katie Townsend
*Attorney's signature*

Katie Townsend, Bar No. 1026115
*Printed name and bar number*
1156 15th Street NW
Suite 1020
Washington, DC 20005

*Address*

ktownsend@rcfp.org
*E-mail address*

(202) 795-9300
*Telephone number*

(202) 795-9310
*FAX number*