UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., and TEGNA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD ROKITA, *in his official capacity as Attorney General of Indiana*, RYAN MEARS, *in his official capacity as Marion County Prosecutor*, and KERRY FORESTAL, *in his official capacity as Marion County Sheriff*, <br><br> *Defendants*. | CASE NO. 1:23-cv-1805 |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Plaintiffs the Reporters Committee for Freedom of the Press, Indiana Broadcasters Association, Indiana Professional Chapter of the Society of Professional Journalists, Indianapolis Star, Nexstar Media Inc., Scripps Media, Inc., and TEGNA Inc., respectfully file their Corporate Disclosure Statement in this matter:

The Reporters Committee is an unincorporated nonprofit association of reporters and editors with no parent corporation and no stock.

The Indiana Broadcasters Association is a 501(c)(6) not-for-profit trade association with no parent corporation and no stock.

The Indiana Professional Chapter of the Society of Professional Journalists has no parent corporation and no stock.

The Indianapolis Star is a subsidiary of Gannett Satellite Information Network, LLC.

Nexstar Media Inc. has no corporate parent company and no publicly held corporation has a 10% or greater ownership interest in its stock.

Scripps Media, Inc. is a Delaware corporation.  The E.W. Scripps Company ("EWS)" is the parent company of Scripps Media, Inc. ("SMI").  EWS is a public company and owns 100% of the outstanding capital stock of SMI.

TEGNA Inc. has no corporate parent company and no publicly held corporation has a 10% or greater ownership interest in its stock.

Dated:  October 6, 2023   /s/ Katie Townsend
　　　　　　　　　　　　　Katie Townsend
　　　　　　　　　　　　　Gabe Rottman*
　　　　　　　　　　　　　Grayson Clary*
　　　　　　　　　　　　　Emily Hockett*
　　　　　　　　　　　　　REPORTERS COMMITTEE FOR
　　　　　　　　　　　　　 FREEDOM OF THE PRESS

2

*Attorneys for Plaintiffs Reporters Committee for Freedom of the Press, Indiana Broadcasters Association, Indiana Professional Chapter of the Society of Professional Journalists, Indianapolis Star, Nexstar Media Inc., Scripps Media, Inc., and TEGNA Inc.*

*\* Pro hac vice application pending*