UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., and TEGNA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD ROKITA, *in his official capacity as Attorney General of Indiana*, RYAN MEARS, *in his official capacity as Marion County Prosecutor*, and KERRY FORESTAL, *in his official capacity as Marion County Sheriff*, <br><br> *Defendants*. | CASE NO. 1:23-cv-1805-JRS-MG |

**MOTION TO APPEAR *PRO HAC VICE***

Pursuant to S. D. Ind. Local Rule 83-6(a), the undersigned, Grayson Clary, respectfully requests entry of an Order granting leave to appear *pro hac vice* for the purpose of appearing as counsel on behalf of Plaintiffs the Reporters Committee for Freedom of the Press et al. in the above-styled cause only.  In support of this motion, the undersigned states:

1. I am admitted to practice and in good standing (*i.e.*, currently authorized to practice as an attorney) in the following United States court(s) and/or state's highest court(s): the D.C. Court of Appeals (admitted Mar. 25, 2021); the U.S. District Court for the District of Columbia (admitted July 6, 2021); ); the U.S. Court of Appeals for the Ninth Circuit (admitted July 22, 2021); the U.S. Court of Appeals for the D.C. Circuit (admitted Sept. 22, 2021); the U.S. Court of Appeals for the First Circuit (admitted January 30, 2023); and the U.S. District Court for the Northern District of Ohio (admitted June 28, 2023).

2. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any state or the United States. I have never received a reprimand or been subject to other disciplinary action from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

3. I certify that I have reviewed the *Seventh Circuit Standards of Professional Conduct* and the Local Rules of the court, including the Rules of Disciplinary Enforcement, and that I will abide by these rules and standards.

4. The administrative fees required to process this motion for admission *pro hac vice* will be paid to the Clerk of this Court via pay.gov at the time of filing this motion.

WHEREFORE, the undersigned counsel respectfully requests that this Court enter an Order granting leave to appear *pro hac vice* for purposes of this cause only.

Dated:  Oct. 6, 2023                              Respectfully submitted,

/s/ Grayson Clary     __
Grayson Clary

>REPORTERS COMMITTEE FOR
> FREEDOM OF THE PRESS
>1156 15th Street NW, Suite 1020
>Washington, DC 20005
>202.795.9300
>202.795.9310
>gclary@rcfp.org

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., and TEGNA INC.,<br><br>      *Plaintiffs*,<br><br>  v.<br><br>TODD ROKITA, *in his official capacity as Attorney General of Indiana*, RYAN MEARS, *in his official capacity as Marion County Prosecutor*, and KERRY FORESTAL, *in his official capacity as Marion County Sheriff*,<br><br>      *Defendants*. | CASE NO. 1:23-cv-1805-JRS-MG |

**[PROPOSED] ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the motion of Grayson Clary, counsel for Plaintiffs Reporters Committee for Freedom of the Press et al., for leave to appear and participate *pro hac vice* in the above-captioned cause only. Being fully advised, it is now ORDERED that the motion be, and hereby is, GRANTED.

Applicant's contact information should be entered as follows:

Grayson Clary
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th Street NW, Suite 1020
Washington, DC 20005
202.795.9300
202.795.9310
gclary@rcfp.org

Date: October _____, 2023     _____
                                            U.S. District Court for the Southern District of Indiana