UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., TEGNA INC.,<br><br>       Plaintiffs,<br><br>v.<br><br>TODD ROKITA Attorney General of Indiana, RYAN MEARS Marion County Prosecutor, KERRY FORESTAL Marion County Sheriff,<br><br>       Defendants. | No. 1:23-cv-01805-JRS-MG |

## SCHEDULING ORDER
### HON. MAGISTRATE JUDGE MARIO GARCIA

This matter is set for a telephone status conference on **Tuesday, November 21 , 2023 at 3:30 p.m. (Eastern).** The purpose of the conference is to discuss Plaintiff's Motion for Preliminary Injunction at Dkt [20]. Counsel shall attend the status conference by calling the designated telephone number, to be provided by the Court via email generated by the Court's ECF system.

Date: 11/8/2023

                                              Mario Garcia
                                              United States Magistrate Judge
                                              Southern District of Indiana

Distribution:

To ECF Counsel of Record