UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., TEGNA INC., <br><br>　　　　　Plaintiffs, <br><br>　　　v. <br><br> TODD ROKITA Attorney General of Indiana, RYAN MEARS Marion County Prosecutor, KERRY FORESTAL Marion County Sheriff, <br><br>　　　　　Defendants. | No. 1:23-cv-01805-JRS-MG |

**MINUTE ENTRY FOR NOVEMBER 21, 2023**
**STATUS CONFERENCE**
**HON. MARIO GARCIA, MAGISTRATE JUDGE**

Parties appeared by counsel for a Telephonic Status Conference to discuss pending motion for preliminary injunction. Parties indicate no discovery or evidentiary hearing is needed. Parties request opportunity to make oral arguments at a hearing. Parties agree upon a briefing schedule as set forth in Dkt. 20-1.

Date: 11/22/2023

　　　　　　　　　　　　　　　　　　　　　　　　_Mario Garcia_
　　　　　　　　　　　　　　　　　　　　　　　　Mario Garcia
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　　　　　　　Southern District of Indiana

**Distribution via ECF to all counsel of record.**