## Exhibits Index

*Response in Opposition to Motion for Preliminary Injunction from* Nicodemus, *Excerpts* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit A

*Reply in Support of Motion for Preliminary Injunction from* Nicodemus, *Excerpts* . . .   Exhibit B

*Dr. Richard Celeste Expert Report from* Nicodemus, *Excerpts* . . . . . . . . . . . . . . . . . . . . Exhibit C

*Marion County Sheriff's Office Arrest Report* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit D

*Marion County Sheriff's Office, Recording Police Activity, Excerpts* . . . . . . . . . . . . . . . Exhibit E

*South Bend Police Department Policy 425*. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .  Exhibit F

*Memorandum in Support of Motion for Preliminary Injunction from* Nicodemus, *Excerpts* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Exhibit G