# Marion County Sheriff's Office Training Academy, *Recording Police Activity*

# *Excerpts*

**Defendants' Exhibit E**

# Recording Policing Activity

## Marion County Sheriff's Office Training Academy

Defs.' Ex. E

# Procedures

- **Persons who are lawfully in a public space or location, where they have the right to be present, such as their home, place of business, or the common areas of public and private facilities and buildings, have a First Amendment right to record things in plain sight, to include <u>police activity</u>**.

- **Police may not threaten, intimidate, or otherwise discourage or interfere with the recording of police activities**. *However*, the right to record is not absolute and is subject to legitimate and reasonable legal restrictions.