UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY FOR PROFESSIONAL JOURNALISTS, INDIANOPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., and TEGNA INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> TODD ROKITA, *in his official capacity as Attorney General of Indiana, and* RYAN MEARS, *in his official capacity as Marion County Prosecutor,* and KERRY FORESTAL, *in his official capacity as Marion County Sheriff,* <br><br> *Defendants.* | CASE NO. 1:23-cv-1805-JRS-MG |

**DECLARATION OF ROBERT SCHEER**

I, Robert Scheer, declare as follows:

1. I am over the age of 18. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction in the above-captioned matter. I have personal knowledge of the matters stated herein.

1

2. I am a visual journalist at the Indianapolis Star ("IndyStar"), a daily newspaper in Indianapolis, Indiana owned by Gannett, Inc. I have been working as a professional photojournalist since June or July of 1994. I worked for several California-based news outlets until I began working for the IndyStar on June 1, 1998.

3. I am a member of Indiana Professional Chapter of the Society for Professional Journalists ("Indiana Pro SPJ") and have been for [4] years. I have served on the board of Indiana Pro SPJ since May of 2019.

4. At the IndyStar, my job is to capture images and video for anything that might be published by the IndyStar. I cover everything from shootings, fires, natural disasters, sports games, long-term investigative projects, and concerts to portraiture and food photography.

5. My job usually brings me in close proximity to law enforcement approximately every other week, sometimes more frequently depending on the news cycle. If there are major protests happening in Indianapolis, for instance, I will come into contact with law enforcement officers every day, likely multiple times a day.

6. Attached as Exhibit A are true and correct copies of still images I made in the course of doing my job within 25 feet of law enforcement officers.

7. When my work requires me to be near law enforcement officers, I will sometimes be within a few feet away of them, depending on the situation. The more people that are in the area, the closer I tend to get, in order to avoid an obstructed view. I am sometimes within arms-length distance of law enforcement officers, but I always make a point of avoiding interfering with their duties.

8. I often want to get this close because of a saying in photojournalism that I learned when I was first starting my career: "If the photo's not good enough, it's because you're not close enough." My job is to accurately tell the story of what's happening to people in our community, and, in my experience, that often requires me to get within 25 feet of law enforcement officers.

9. My job involves making both still images and video, which includes audio. In my experience, I need to be within—at most—ten feet of what I am recording to capture usable audio. I usually aim to get within one or two feet of what I am recording to capture the best quality audio.

10. I first heard about HB 1186 from fellow journalists in the IndyStar newsroom after it was first proposed. I also have received emails from Indiana Pro SPJ alerting members of the organization about the law.

11. I have discussed the law with my colleagues at IndyStar. They uniformly share my concern that the law interferes with our ability to do our jobs. One day, some of my fellow IndyStar journalists and I attempted to guess how far

25 feet was without measuring. We each put markers down at different places in the newsroom and then measured. No one was able to estimate that distance correctly; 25 feet was farther away than any of us had estimated.

12. Even after that exercise, I am not confident in my ability to judge how far away 25 feet is when I am on the job in the field. In my experience, there are also circumstances where that distance would make it too difficult for me to capture good quality, usable images or audio for the IndyStar.

13. For instance, about a year ago, I went to Castleton—a neighborhood in North Indianapolis—to cover a shooting that had taken place at a mall there. I walked up to the edge of the police tape, and there were plenty of people walking around in the same area. An officer approached me and asked me to stand with other journalists in a media staging area that I would estimate was at least 350 feet away from where I was at the time. In my experience as a news photographer, being confined to a media staging area deprives me of the ability to document the scene effectively. Because I understood the officer's request to be voluntary, and because I knew that I was not impeding anything officers were doing by taking pictures in an area where members of the public were mingling freely, I did not withdraw to the media staging area. Instead, I moved to a different angle at roughly the same distance and continued to make pictures from there.

4

14. If a similar encounter took place today, I would be more likely to comply with the officer's request to move to the media staging area in order to avoid the risk of being arrested under HB 1186, at the cost of any images or audio I wouldn't be able to capture from that distance.

15. I have regular contact and expect I will continue to have regular contact with law enforcement officers while doing my job as a photojournalist. Since HB 1186 became law, I am often conscious of the risk that the law will be enforced against me, especially in circumstances where it would be virtually impossible for me to comply. For example, when I cover crowded events, particularly ones where people are agitated—such as a protest or a sporting event—I know from experience that I would struggle to get through a crowd if I were ordered by law enforcement to move at least 25 feet away.

16. I also know from experience that I would be unable to see what is going on at that distance. For instance, when a law enforcement officer uses force against a protestor or protestors at a large demonstration, in my experience, it is often impossible to see—and therefore photograph—the point of contact between law enforcement and the public unless I am up close and in the crowd. But those images are often essential to allowing the public to understand how the event unfolded.

17. I expect that my work as a visual journalist for IndyStar will continue to bring me in close proximity to law enforcement officers on a regular basis for the foreseeable future. I am concerned that HB 1186 will continue make it harder for me and my colleagues to do our jobs, which is to report the news and show the people of Indianapolis what is going on in their community.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 12, 2023 in Indianapolis, Indiana.

Robert Scheer

Prepared by:

Katie Townsend
Reporters Committee for Freedom of the Press
1156 15th St. NW Suite 1020
Washington, D.C. 20005

# EXHIBIT A



**File information**

Dimensions: 2800x2017 pixels
Dimensions in inches: 9.33"/6.72"
Dimensions in picas: 56P/40.34P
File Type: image/jpeg
File Size: 3.1 MB
At 200 dpi printable up to 35.56 x 25.62 cm.

**PacersSpurs_RS_072.jpg**
Robert Scheer/IndyStar

-

IMPD Sgt. Ron Brezik helps Matt Hayden with his gloves, as Hayden gets ready to work behind the bench, getting water ready for players, San Antonio Spurs at Indiana Pacers, Bankers Life Fieldhouse, Indianapolis, Monday, February 13, 2017.



**File information**

Dimensions: 3504x2336 pixels
Dimensions in inches:  11.68"/7.79"
Dimensions in picas:  70.08P/46.72P
File Type: image/jpeg
File Size: 3.4 MB
At 200 dpi printable up to 44.50 x 29.67 cm.

**INIBrd_02-19-2017_Star_1_B004~~2017~02~18~IMG_XXX_GPNDC5_5P9QRIKWA_4_1_5IHF7T02_L977920502~IMG_XXX_GPNDC5_5P9QRIKWA_4_1_5IHF7T02.jpg**
Robert Scheer
Robert Scheer, USA TODAY Network -

Robert Scheer, USA TODAY Network
Norma McCorvey is arrested amid a 2009 protest at Notre Dame, where President Obama was speaking to students.

Norma McCorvey, known as the "Roe" in Roe V. Wade, is arrested just inside the gate of Notre Dame, on the day President Barack Obama is due to speak to students at the day's commencement ceremony, South Bend, Ind., May 17. 2009.



**File information**

Dimensions: 2400x2009 pixels
Dimensions in inches: 8"/6.7"
Dimensions in picas: 48P/40.18P
File Type: image/jpeg
File Size: 2.3 MB
At 200 dpi printable up to 30.48 x 25.51 cm.

**01_renn.jpg**
Robert Scheer / The Star
-

IMPD Sgt. Steve Staletovich puts up memorial signage to honor Officer Perry Renn, who was killed a year ago near this site, Indianapolis, Tuesday, July 7, 2015.



**File information**

Dimensions: 2400x1617 pixels
Dimensions in inches: 8"/5.39"
Dimensions in picas: 48P/32.34P
File Type: image/jpeg
File Size: 2.2 MB
At 200 dpi printable up to 30.48 x 20.54 cm.

**52_protest07_RS.JPG**
Robert Scheer/IndyStar
-

Police officers stand near a demonstration of at least two hundred people in downtown Indianapolis, demanding IMPD accountability following the killing of Dreasjon "Sean" Reed, who was shot during a police pursuit a day earlier, Wednesday, May 7, 2020.



**File information**

Dimensions: 2400x1659 pixels
Dimensions in inches: 8"/5.53"
Dimensions in picas: 48P/33.18P
File Type: image/jpeg
File Size: 2.5 MB
At 200 dpi printable up to 30.48 x 21.07 cm.

## 05_downtownwoes_RS.JPG
Robert Scheer/The Indianapolis Star
-

IMPD officers investigate the scene of an earlier stabbing on the sidewalk near City Market, Indianapolis, Tuesday, Aug. 18, 2020. Some downtown business owners have become frustrated with growing crime issues downtown and are looking for more solutions from the city.