UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY FOR PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., and TEGNA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD ROKITA, *in his official capacity as Attorney General of Indiana*, and RYAN MEARS, *in his official capacity as Marion County Prosecutor*, and KERRY FORESTAL, *in his official capacity as Marion County Sheriff*, <br><br> *Defendants*. | CASE NO. 1:23-cv-1805-JRS-MG |

## DECLARATION OF LISA ZYCHERMAN

I, Lisa Zycherman, declare as follows:

1. I am over the age of 18. I make this declaration in support of Plaintiffs' Motion for Preliminary Injunction in the above-captioned matter. I have personal knowledge of the matters stated herein.

2. I am the Deputy Legal Director and Policy Counsel at the Reporters Committee for Freedom of the Press (the "Reporters Committee" or "RCFP"), a nonprofit association founded by journalists and media lawyers in 1970. Today, Reporters Committee's attorneys provide pro bono legal representation, amicus curiae support, and other legal resources to protect First Amendment freedoms and the newsgathering rights of journalists. I have been in my current position for over two years. Prior to joining the Reporters Committee, I worked as a media lawyer in private practice for approximately sixteen years.

3. In my role as Deputy Legal Director and Policy Counsel, I work with other Reporters Committee attorneys to determine where to allocate our organization's limited resources based on the demand for the legal services of Reporters Committee's attorneys and the most urgent threats to press freedom.

4. I also oversee the legal work of a number of Reporters Committee attorneys, including our Local Legal Initiative attorneys. Through the Local Legal Initiative, Reporters Committee attorneys provide no-fee legal services to support journalists and news organizations engaged in local enterprise and investigative reporting in their states. We currently have Local Legal Initiative attorneys in Colorado, Oklahoma, Pennsylvania, and Tennessee. The Reporters Committee is expanding its Local Legal Initiative to Indiana.

5. I anticipate an increased need for Reporters Committee attorneys' legal services for journalists in Indiana because of Ind. Code § 35-44.1-2-14 ("HB 1186" or the "Act"), and the Reporters Committee already has diverted resources to address the burdens imposed by the Act.

6. For one, the Reporters Committee has allocated the time of its attorneys who would otherwise have dedicated their time to providing other legal services to journalists, including staff attorney Grayson Clary and Technology & Press Freedom Project fellow Emily Hockett, to the above-captioned challenge to the constitutionality of HB 1186.

7. The Reporters Committee also has published new resources to educate Indiana journalists about HB 1186[1] and intends to update its existing resources to address the law's impact on newsgathering in Indiana. Reporters Committee attorneys also intend to conduct trainings for journalists and newsrooms in Indiana to inform journalists about the Act and its effect on newsgathering.

8. In my experience, we also see increased use of the Reporters Committee's legal hotline (*see* www.rcfp.org/hotline) when events, such as protests, bring working journalists and law enforcement officers in close proximity

---

[1] *See, e.g.*, Emily Hockett, *Efforts to Criminalize 'Encroachment' on Police Encroach on First Amendment Rights*, Reporters Comm. for Freedom of the Press (June 26, 2023), https://perma.cc/B2HA-L7QN.

to one another. I anticipate increased use of our legal hotline by journalists in Indiana because of HB 1186.

9. In short, responding to the Act has diverted the time and attention of Reporters Committee attorneys who otherwise would have dedicated their efforts to addressing other legal threats to journalism.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 29, 2023 in Washington, D.C.

*/s/ Lisa Zycherman*

Lisa Zycherman

Prepared by:

Katie Townsend
Reporters Committee for Freedom of the Press
1156 15th St. NW Suite 1020
Washington, D.C. 20005