UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., TEGNA INC.,<br><br>    Plaintiffs,<br><br>v.<br><br>TODD ROKITA Attorney General of Indiana, RYAN MEARS Marion County Prosecutor, KERRY FORESTAL Marion County Sheriff,<br><br>    Defendants. | No. 1:23-cv-01805-JRS-MG |

**ORDER**

The Court granted Defendants' Motion for Extension of Time for Response in Opposition to Plaintiff's Motion for Preliminary Injunction to January 5, 2024 [Filing No. 30]. The Court *sua sponte* moves Plaintiffs' reply deadline to **January 19, 2024.**

Date: 12/15/2023

*[signature]*
Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to counsel of record.**