UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| **Reporters Committee for Freedom of the Press**, **Indiana Broadcasters Association**, **Indiana Professional Chapter of the Society of Professional Journalists**, **Indianapolis Star**, **Nexstar Media Inc.**, **Scripps Media, Inc.**, and **Tegna Inc.**, <br><br> *Plaintiffs*, <br><br> v. <br><br> **Todd Rokita**, in his official capacity as Attorney General of Indiana, **Ryan Mears**, in his official capacity as Marion County Prosecutor, and **Kerry Forestal**, in his official capacity as Marion County Sheriff, <br><br> *Defendants*. | Case No. 1:23-cv-1805 |

## Defendants' Joint Motion to Submit Notice of Supplemental Authority

Defendants Todd Rokita, in his official capacity as Attorney General of Indiana, Ryan Mears, in his official capacity as Marion County Prosecutor, and Kerry Forestal, in his official capacity as Marion County Sheriff, request permission to submit the attached Notice of Supplemental Authority concerning the recently-issued Opinion and Order in *Nicodemus v. City of South Bend*, No. 3:23-cv-00744 (N.D. Ind. Aug. 8, 2023), Dkt. 36, which is directly related to this action.

WHEREFORE, Defendants file this motion to submit their Notice of Supplemental Authority and for all other proper relief.

1

Dated: January 18, 2024

OFFICE OF CORPORATION COUNSEL
John P. Lowrey, Ind. Bar No. 29349-53
Deputy Chief Litigation Counsel
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
john.lowrey@indy.gov
*Counsel for Kerry Forestal*

Respectfully Submitted,

Theodore E. Rokita
Indiana Attorney General
Ind. Bar No. 18857-49

By:
/s/ James Bopp, Jr.
James Bopp, Jr., Ind. Bar No. 2838-84
Taylor Shetina, Ind. Bar No. 37887-45
THE BOPP LAW FIRM, PC
The National Building
1 South Sixth Street
Terre Haute, Indiana 47807
Telephone: 812/232-2434
Facsimile: 812/235-3685
jboppjr@aol.com
tshetina@bopplaw.com
*Attorneys for Defendants Todd Rokita and Ryan Mears*