UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS; INDIANA BROADCASTERS ASSOCIATION; INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS; INDIANAPOLIS STAR; NEXSTAR MEDIA, INC.; and SCRIPPS MEDIA, INC.,<br><br>              Plaintiffs,<br><br>    v.<br><br>TODD ROKITA, in his official capacity as Attorney General of Indiana; RYAN MEARS, in his official capacity as Marion County Prosecutor; and KERRY FORESTAL, in his official capacity as Marion County Sheriff,<br><br>              Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 1:23-cv-1805-JRS-MG<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Order on Motion to Consolidate Preliminary Injunction Hearing with Trial on the Merits (ECF No. 39)**

On January 19, Plaintiffs filed an Unopposed Motion to Consolidate Preliminary Injunction Hearing with Trial on the Merits, (ECF No. 39).  District courts have discretion under Fed. R. Civ. P. 65(a)(2) to consolidate a preliminary injunction hearing with a trial at the parties' request or on its own so long as the parties "receive clear and unambiguous notice . . . either before the hearing commences or at a time

which will still afford the parties a full opportunity to present their respective cases." *D. Patrick, Inc. v. Ford Motor Co.*, 8 F.3d 455, 458 (7th Cir. 1993) (quoting *University of Tex. v. Camenisch*, 451 U.S. 390, 395 (1981)). When, as here, the request for consolidation concerns a preliminary injunction as opposed to a permanent injunction, "the court must preserve any party's right to a jury trial." Fed. R. Civ. P. 65(a)(2). Pursuant to Local Rule 7-5(d)(1), the Court may "grant or deny a request for oral argument . . . in its sole discretion."

The Court finds here that a hearing on the pending Motion for Preliminary Injunction, (ECF No. 20), is unnecessary at this time. If the Court requires further briefing or a hearing, then the Parties will be notified. For now, the Court will decide the Motion for Preliminary Injunction on the papers, and any trial, if necessary, will take place, separately, later. The Motion to Consolidate Preliminary Injunction Hearing with Trial on the Merits, (ECF No. 39), is **denied**.

**SO ORDERED.**

Date: 02/06/2024

JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Distribution via CM/ECF to all counsel of record