UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., and TEGNA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD ROKITA, *in his official capacity as Attorney General of Indiana*, RYAN MEARS, *in his official capacity as Marion County Prosecutor*, and KERRY FORESTAL, *in his official capacity as Marion County Sheriff*, <br><br> *Defendants*. | CASE NO. 1:23-cv-1805-JRS-MG |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' OPPOSED MOTION FOR CONVERSION OF PRELIMINARY INJUNCTION AND ENTRY OF FINAL JUDGMENT**

Upon consideration of Plaintiffs' Opposed Motion for Conversion of Preliminary Injunction and Entry of Final Judgment, Defendants' opposition thereto, and the arguments of counsel, it is hereby **ORDERED** that Plaintiffs'

Motion is **GRANTED**.  A permanent injunction and final judgment shall enter by separate orders.

_____     _____
Date                                                                       Hon. James R. Sweeney II
                                                                                     United States District Court

*Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.*