UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., and TEGNA INC., <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA, in his official capacity as Attorney General of Indiana, RYAN MEARS, in his official capacity as Marion County Prosecutor, and KERRY FORESTAL, in his official capacity as Marion County Sheriff, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) No. 1:23-cv-01805-JRS-MG ) ) ) ) ) ) ) ) ) |

**Notice of Appeal**

Pursuant to 28 U.S.C. § 1292(a)(1) and Federal Rule of Appellate Procedure 3, notice is hereby given that Defendants Todd Rokita, Attorney General of Indiana, in his official capacity, Ryan Mears, Marion County Prosecutor, in his official capacity, and Kerry Forestal, Marion County Sheriff, in his official capacity, appeal to the United States Court of Appeals for the Seventh Circuit the District Court's Order Denying Motion to Dismiss and Granting Motion for Preliminary Injunction, dkt. 53, and Preliminary Injunction, dkt. 54.

Respectfully submitted,

THEODORE E. ROKITA
Indiana Attorney General
Attorney No. 18857-49

- 2 -

| | |
|---|---|
| Date: October 25, 2024 | By: Thomas S. Pratt<br>Deputy Attorney General<br>Attorney No. 36933-18<br><br>Adrienne N. Pope<br>Section Chief<br>Attorney No. 31911-49<br><br>Jefferson Garn<br>Deputy Attorney General<br>Attorney No. 29921-49 |

OFFICE OF ATTORNEY GENERAL TODD ROKITA
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN 46204-2770
Telephone: (317)232-0493
Facsimile: (317)232-7979
E-mail: Thomas.Pratt@atg.in.gov
*Counsel for Todd Rokita and Ryan Mears*

John P. Lowrey
Deputy Chief Litigation Counsel
Ind. Bar No. 29349-53

OFFICE OF CORPORATION COUNSEL
200 E. Washington Street, Suite 1601
Indianapolis, Indiana 46204
T: (317) 327-4055
F: (317) 327-3968
john.lowrey@indy.gov
*Counsel for Kerry Forestal*