UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY FOR PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., and TEGNA INC., | CASE NO. 1:23-cv-1805-JRS-MG |
| *Plaintiffs*, | |
| v. | |
| TODD ROKITA, *in his official capacity as Attorney General of Indiana, and* RYAN MEARS, *in his official capacity as Marion County Prosecutor*, and KERRY FORESTAL, *in his official capacity as Marion County Sheriff*, | |
| *Defendants*. | |

**JOINT CASE MANAGEMENT PLAN**

Pursuant to this Court's September 30 scheduling order, *see* Order Setting Initial Pre-Trial Conference (ECF No. 55), the parties respectfully submit this proposal for further proceedings in this matter in light of the Court's recent opinion resolving Plaintiffs' motion for a preliminary injunction and Defendants' motion to dismiss, *see* Order on Motion to Dismiss & Preliminary Injunction (ECF No. 53).

## I.    Parties and Representatives

Plaintiffs are the Reporters Committee for Freedom of the Press, Indiana

Broadcasters Association, Indiana Professional Chapter of the Society for

Professional Journalists, Indianapolis Star, Nexstar Media Inc., Scripps Media,

Inc., and TEGNA Inc.  All Plaintiffs are represented in this matter by:

**Katie Townsend**
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
ktownsend@rcfp.org

**Gabe Rottman**
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
grottman@rcfp.org

**Grayson Clary**
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS
1156 15th St NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
gclary@rcfp.org

**Emily Hockett**
REPORTERS COMMITTEE FOR
  FREEDOM OF THE PRESS

1156 15th St NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
ehockett@rcfp.org

Defendants are Todd Rokita, in his official capacity as Attorney General of

Indiana, Ryan Mears, in his official capacity as Marion County Prosecutor, and

Kerry Forestal, in his official capacity as Marion County Sheriff.

Defendants Rokita and Mears are represented in this matter by:

**Adrienne Nicole Pope**
Office of Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington St.
Indianapolis, IN 46204-2770
317-233-0878
Fax: 317-232-7979
adrienne.pope@atg.in.gov

**Jefferson S. Garn**
Office of Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington St.
Indianapolis, IN 46204-2770
317-232-6292
Fax: 317-232-7979
jefferson.garn@atg.in.gov

**Thomas Pratt**
Office of Indiana Attorney General
Indiana Government Center South, 5th Floor
302 West Washington St.
Indianapolis, IN 46204-2770
317-233-0493
Fax: 317-232-7979
thomas.pratt@atg.in.gov

Defendant Forestal is represented in this matter by:

**John P. Lowrey**
City of Indianapolis
Office of Corporation Counsel
200 E. Washington St.
Rm 1601
Indianapolis, IN 46204
317-327-4055
john.lowrey@indy.gov

## II.    Jurisdiction and Statement of Claims

As detailed in the parties' briefing on Plaintiffs' motion for a preliminary injunction, it is Plaintiffs' position that Ind. Code § 35-44.1-2-14 ("the Act") violates the First and Fourteenth Amendments of the U.S. Constitution, both on its face and as applied to their peaceful, nonobstructive newsgathering within twenty-five feet of law enforcement officers.

It is Defendants' position that the Act is constitutional.  Further, it is Defendants' position that Plaintiffs cannot maintain standing throughout the lawsuit on either claim.   It is Defendants' position that the Act doesn't implicate the First Amendment and Plaintiffs' Fourteenth Amendment claim should be dismissed because they lack standing and cannot show the Act is vague as applied.

## III.    Further Proceedings

Currently pending before the Court is Plaintiffs' motion for conversion of the preliminary injunction into a permanent injunction and for entry of final

judgment, which Defendants oppose. *See* ECF No. 56. That motion will be fully briefed on or before October 31. In the event that motion is granted, Defendants intend to appeal the Court's permanent injunction and entry of final judgment.

Defendants have also appealed from the Court's order entering a preliminary injunction and intend to move this Court for a stay of further proceedings on the merits until the resolution of their preliminary-injunction appeal.

Plaintiffs are of the view that no further proceedings are warranted in this matter for the reasons given in their pending motion for conversion. In the event, however, that that motion is denied, Plaintiffs would consent to Defendants' proposed stay of further proceedings in this Court pending the resolution of the preliminary-injunction appeal, which would serve the interest of judicial economy.

For the foregoing reasons, the parties therefore jointly propose that, in the event the Court denies Plaintiffs' pending motion for conversion of the preliminary injunction and entry of final judgment, Defendants file any motion to stay further proceedings in this Court pending resolution of their preliminary-injunction appeal within fourteen (14) days of any order denying Plaintiffs' motion, or, alternatively, that the parties submit a revised case management plan by the same deadline.

Dated: October 25, 2024          Respectfully submitted,

/s/ *Katie Townsend*
Katie Townsend
Gabe Rottman*

Grayson Clary*
Emily Hockett*
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
ktownsend@rcfp.org

*Counsel for Plaintiffs*

* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically filed on October 25, 2024.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

<u>/s/ *Katie Townsend*</u>
Katie Townsend
*Counsel for Plaintiffs*