UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., TEGNA INC.,<br><br>          Plaintiffs,<br><br>    v.<br><br>TODD ROKITA Attorney General of Indiana, RYAN MEARS Marion County Prosecutor, KERRY FORESTAL Marion County Sheriff,<br><br>          Defendants. | No. 1:23-cv-01805-JRS-MG |

**SCHEDULING ORDER**
**HON. MAGISTRATE JUDGE MARIO GARCIA**

The Court sua sponte **vacates** the telephonic Initial Pretrial Conference set on Friday, November 1, 2024 at 2:00 p.m. (Eastern). The parties are to notify the magistrate judge's chambers when the appeal(s) have been decided.

Date: 10/27/2024

                                              Mario Garcia
                                              United States Magistrate Judge
                                              Southern District of Indiana

Distribution:
To ECF Counsel of Record