UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., TEGNA INC., <br><br> Plaintiffs, <br><br> v. <br><br> TODD ROKITA Attorney General of Indiana, RYAN MEARS Marion County Prosecutor, KERRY FORESTAL Marion County Sheriff, <br><br> Defendants. | No. 1:23-cv-01805-JRS-MG |

**Final Judgment**

Judgment is **entered** in favor of Plaintiffs and against Defendants. Defendants; their officers, agents, servants, employees, and attorneys; and any other persons who act in concert with Defendants or their agents, servants, employees, and attorneys are **enjoined** from enforcing Indiana Code § 35-44.1-2-14 against the members, agents, servants, and employees of the Reporters Committee for Freedom of the Press, Indiana Broadcasters Association, Indiana Professional Chapter of the Society

for Professional Journalists, Indianapolis Star, Nexstar Media Inc., Scripps Media, Inc., and Tegna Inc.

This is a final judgment under Federal Rule of Civil Procedure 58. This case is now closed.

**SO ORDERED.**

Date: 1/9/2026

JAMES R. SWEENEY II, CHIEF JUDGE
United States District Court
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: Samantha Burmester
Deputy Clerk, U.S. District Court

Distribution:

James Bopp, Jr.
The Bopp Law Firm
jboppjr@aol.com

Grayson Clary
Reporters Committee for Freedom of the Press
gclary@rcfp.org

Jefferson S. Garn
INDIANA ATTORNEY GENERAL
Jefferson.Garn@atg.in.gov

Emily Grace Leen Hockett
Reporters Committee for Freedom of the Press
emily@pollockcohen.com

Eric Leveque
Office of Indiana Attorney General
eric.leveque@atg.in.gov

John P. Lowrey
Office of IN Attorney General
john.lowrey@atg.in.gov

Adrienne Nicole Pope
INDIANA ATTORNEY GENERAL
adrienne.pope@atg.in.gov

Thomas Pratt
Office of Indiana Attorney General
Thomas.Pratt@atg.in.gov

Mathew Rayman
OFFICE OF CORPORATION COUNSEL
mathew.rayman2@indy.gov

Gabriel Rottman
Reporters Committee for Freedom of the Press
gabe.rottman@gmail.com

Taylor Caitlyn Shetina
The Bopp Law Firm, P.C.
tshetina@bopplaw.com

KatieLynn B. Townsend
Gibson Dunn & Crutcher LLP
ktownsend@gibsondunn.com