UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY FOR PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., and TEGNA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD ROKITA, *in his official capacity as Attorney General of Indiana*, and RYAN MEARS, *in his official capacity as Marion County Prosecutor*, and KERRY FORESTAL, *in his official capacity as Marion County Sheriff*, <br><br> *Defendants*. | CASE NO. 1:23-cv-1805-JRS-MG |

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS**

Pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54-1(a), Plaintiffs respectfully move this Court for a 30-day extension of time, to and including February 23, 2026, to file Plaintiffs' forthcoming motion for attorneys' fees and costs. Counsel for Plaintiffs have met-and-conferred with counsel for Defendants in connection with this motion, and the relief sought is unopposed.

1

1. On January 9, 2026, this Court entered final judgment in Plaintiffs' favor in the above-captioned action. *See* Dkt. 75. Under Rule 54, Plaintiffs' motion for attorneys' fees and costs would currently be due January 23, 2026.

2. Plaintiffs respectfully submit that a 30-day extension of time would allow the parties to determine whether an informal agreement as to attorneys' fees and costs can be reached without the need for further motion practice in this Court.

3. In addition, undersigned counsel for Plaintiffs anticipates the birth of his first child this month and may need to take leave within the next several weeks.

4. Defendants have no objection to the requested extension.

5. Plaintiffs therefore respectfully request a 30-day extension of time, to and including February 23, 2026, to file their motion for attorneys' fees and costs.

6. A proposed order to that effect is attached hereto.

## CONCLUSION

For the reasons herein, Plaintiffs respectfully request that the Court extend their deadline to file a motion for attorneys' fees and costs to February 23, 2026.

Dated: January 13, 2026          Respectfully submitted,

/s/ Grayson Clary*
Grayson Clary*
REPORTERS COMMITTEE FOR
 FREEDOM OF THE PRESS
1156 15th St NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310

gclary@rcfp.org

Katie Townsend
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: 213.229.7839
KTownsend@gibsondunn.com

*Counsel for Plaintiffs*

\* Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was electronically filed on January 13, 2026. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                             /s/ *Grayson Clary*
                                             Grayson Clary
                                             *Counsel for Plaintiffs*