UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY OF PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., and TEGNA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD ROKITA, *in his official capacity as Attorney General of Indiana*, RYAN MEARS, *in his official capacity as Marion County Prosecutor*, and KERRY FORESTAL, *in his official capacity as Marion County Sheriff*, <br><br> *Defendants*. | CASE NO. 1:23-cv-1805-JRS-MG |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR ATTORNEYS' FEES AND COSTS**

Upon consideration of Plaintiffs' Unopposed Motion for Extension of Time to File Motion for Attorneys' Fees and Costs it is hereby **ORDERED** that Plaintiffs' Motion is **GRANTED**. Plaintiffs' deadline to file a motion for attorneys' fees and costs is extended to and including February 23, 2026.

| | |
|---|---|
| _____ | _____ |
| Date | Hon. James R. Sweeney II |
| | United States District Court |

*Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.*