UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
| REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS, INDIANA BROADCASTERS ASSOCIATION, INDIANA PROFESSIONAL CHAPTER OF THE SOCIETY FOR PROFESSIONAL JOURNALISTS, INDIANAPOLIS STAR, NEXSTAR MEDIA INC., SCRIPPS MEDIA, INC., and TEGNA INC., <br><br> *Plaintiffs*, <br><br> v. <br><br> TODD ROKITA, *in his official capacity as Attorney General of Indiana, and* RYAN MEARS, *in his official capacity as Marion County Prosecutor*, and KERRY FORESTAL, *in his official capacity as Marion County Sheriff*, <br><br> *Defendants*. | CASE NO. 1:23-cv-1805-JRS-MG |

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME
TO FILE MOTION FOR ATTORNEYS'
FEES AND COSTS**

Upon consideration of Plaintiffs' Consent Motion for Extension of Time to

File Motion for Attorneys' Fees and Costs, and for good cause shown, it is hereby

ORDERED that Plaintiffs' Motion is GRANTED.  Plaintiffs' deadline to file a

motion for attorneys' fees and costs is extended to and including March 25, 2026.

1

2

Date: 2/17/2026

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

*Service will be made electronically on all ECF-registered
counsel of record via email generated by the Court's ECF system.*

2