UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS,
INDIANA BROADCASTERS
ASSOCIATION, INDIANA
PROFESSIONAL CHAPTER OF THE
SOCIETY FOR PROFESSIONAL
JOURNALISTS, INDIANAPOLIS
STAR, NEXSTAR MEDIA INC.,
SCRIPPS MEDIA, INC., and TEGNA
INC.,

        *Plaintiffs,*

    v.

TODD ROKITA, *in his official capacity as Attorney General of Indiana, and* RYAN MEARS, *in his official capacity as Marion County Prosecutor*, and KERRY FORESTAL, *in his official capacity as Marion County Sheriff*,

        *Defendants*.

CASE NO. 1:23-cv-1805-JRS-MG

**NOTICE OF AGREEMENT AS TO
ATTORNEYS' FEES AND COSTS**

Plaintiffs respectfully provide notice that the parties have reached an

agreement on attorneys' fees and costs without the need for action by this Court.

Dated: April 24, 2026        Respectfully submitted,

        By */s/ Grayson Clary*
        Grayson Clary*
        REPORTERS COMMITTEE FOR

1

FREEDOM OF THE PRESS
1156 15th St NW, Suite 1020
Washington, D.C. 20005
Telephone: (202) 795-9300
Facsimile: (202) 795-9310
gclary@rcfp.org

Katie Townsend
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071
Phone: 213.229.7839
KTownsend@gibsondunn.com

*Counsel for Plaintiffs*

\* Admitted *pro hac vice*

2